**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding      12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

1. **Debtor's name**

   Swissport Fuelling Ltd

2. **Debtor's unique identifier**

   **For non-individual debtors:**

   ☐ Federal Employer Identification Number (EIN) \_\_ \_\_ – \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_

   ☑ Other  05282071  . Describe identifier  English Company Number .

   **For individual debtors:**

   ☐ Social Security number:  xxx – xx– \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_

   ☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_

   ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**

   Donald William Christopher Mallon

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**

   Scheme of Arrangement under Part 26 of the Companies Act 2006 (UK)

5. **Nature of the foreign proceeding**

   *Check one:*
   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   _____
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☑ Yes

Debtor  **Swissport Fuelling Ltd**
         Name

Case number (*if known*)_____

| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: |
|---|---|---|
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

9. **Addresses**

**Country where the debtor has the center of its main interests:**

United Kingdom

**Debtor's registered office:**

Swissport House, Hampton Court,
Number        Street

Manor Park, Runcorn

Cheshire WA71TT
City        State/Province/Region        ZIP/Postal Code

England
Country

**Individual debtor's habitual residence:**

_____
Number        Street

_____
P.O. Box

_____
City        State/Province/Region        ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

Swissport House, Hampton Court
Number        Street

Manor Park, Runcorn
P.O. Box

Cheshire WA71TT
City        State/Province/Region        ZIP/Postal Code

England
Country

10. **Debtor's website** (URL)     https://www.swissport.com/

11. **Type of debtor**

*Check one:*

❏ Non-individual (*check one*):

☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

❏ Partnership

❏ Other. Specify: _____

❏ Individual

Debtor _____  Case number (if known)_____
         Name

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _/s/ Chris Mallon_____    Donald William Christopher Mallon
Signature of foreign representative       Printed name

Executed on  11/17/2020
             MM / DD / YYYY

✗ _____    _____
Signature of foreign representative       Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Jeffrey M. Schlerf                           Date  11/17/2020
Signature of Attorney for foreign representative          MM / DD / YYYY

Jeffrey M. Schlerf
Printed name

Fox Rothschild LLP
Firm name

919 N. Market Street   Suite 300
Number       Street

Wilmington                              DE           19801
City                                    State        ZIP Code

(302) 654-7444                          jschlerf@foxrothschild.com
Contact phone                           Email address

3047                                    DE
Bar number                              State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3

[Print]  [Save As...]  [Add Attachment]  [Reset]